*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

# DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 21-BG-0423**

IN RE RUDOLPH W. GIULIANI,

**2020 DDN 253**

A Suspended Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 237255**

BEFORE: McLeese and Deahl, Associate Judges, and Washington, Senior Judge.

## O R D E R
(FILED— September 26, 2024)

On consideration of the certified order from the state of New York disbarring respondent from the practice of law; this court's July 25, 2024, order maintaining respondent's suspension pending final disposition of this proceeding and directing him to show cause why reciprocal discipline should not be imposed; and respondent's D.C. Bar R. XI, § 14(g) affidavit filed on August 9, 2021; and it appearing that respondent has not filed a response, it is

ORDERED that Rudolph W. Giuliani is hereby disbarred from the practice of law in the District of Columbia, nunc pro tunc to August 9, 2021. *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that there is a rebuttable presumption in favor of imposition of identical discipline and exceptions to this presumption should be rare); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) ("The imposition of identical discipline when the respondent fails to object should be close to automatic, with minimum review by both the Board and this court." (internal quotation marks omitted)).

**PER CURIAM**